IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| C.B., | ) | |
| | ) | |
|     Plaintiff, | ) | Civil No. 01-1316-AS |
| | ) | |
|   v. | ) | **JUDGMENT** |
| | ) | |
| MAURICE GRAMMOND; ET AL., | ) | |
| | ) | |
|     Defendants. | ) | |

    Based upon the record,

    IT IS ORDERED AND ADJUDGED this action is remanded to state court.

    DATED this 18th day of March, 2002.


                                       /s/ Robert E. Jones
                                      ROBERT E. JONES
                                      U.S. District Judge